# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0745
_____

TONA M. DEMERS,

    Appellant,

v.

NATIONSTAR MORTGAGE, LLC, et al.,

    Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Thomas H. Williams, Judge.

August 13, 2024

PER CURIAM.

    AFFIRMED.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Benjamin L. Alexander of Tidwell & Associates, P.A., Pensacola, for Appellant.

Dorrella L. Gallaway of Troutman Pepper Hamilton Sanders LLP, Atlanta, GA, for Appellees.